# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKeown, Mary M. | Ninth Circuit Court of Appeals | 07/18/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U. S. Court of Appeals
401 West A Street Suite 2000
San Diego CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | International Association of Women Judges |
| 2. | Board of Visitors | Georgetown University Law Center |
| 3. | Board of Directors | Federal Judges Association |
| 4. | Board of Directors | Murie Center |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spg/Sum 13 | Univ of San Diego Law School - Teaching | $15,000.00 |
| 2. 4/2013 | Florida State University College of Law | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | University of California San Diego - Salary |
| 2. 2013 | Self-employed Consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Continuing Legal Education in Colorado, Inc. | January 2-4, 2013 | Snowmass, Colorado | CLE IP Speaker | Transportation and Lodging |
| 2. | American Bar Association | January 21-23, 2013 | Panama City, Panama | ROLI Training | Transportation, Lodging and Meals |
| 3. | Federal Judges Association | February 21-23, 2013 | Dallas, TX | Meeting | Transportation, Lodging |
| 4. | Florida State University | April 3-5, 2013 | Tallahassee, FL | Jurist in Residence | Transportation, Lodging and Meal |
| 5. | Association of Business Trial Lawyers | April 12, 2013 | Del Mar, CA | Meeting | Lodging and Meals |
| 6. | Georgetown Board of Visitors | April 17-20, 2014 | London, England | Board Meeting | Transportation, Lodging and Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **McKeown, Mary M.** | 07/18/2014 |

| | | | | |
| --- | --- | --- | --- | --- |
| 7. | Federal Judges Association | April 24-25, 2013 | Washington, DC | Board Meeting | Transportation, Lodging and Meals |
| 8. | American Bar Association | May 4-8, 2013 | Bogota, Colombia | ROLI Field Visit | Transportation, Lodging and Meals |
| 9. | The American Law Institute | May 19-21, 2013 | Washington, DC | Council Meeting | Travel |
| 10. | University of San Diego | July 15 - August 1, 2013 | Paris, France | Teaching | Transportation, Lodging and Meals |
| 11. | Federal Judges Association | September 17-18, 2013 | Washington, DC | Meeting | Transportation, Lodging and Meals |
| 12. | Georgetown University Law Center | September 25-27, 2013 | Washington, DC | Board Meeting | Transportation |
| 13. | Federal Judges Association | October 5-10, 2014 | Yalta, Ukraine | International Meeting | Transportation, Lodging and Meals |
| 14. | University of Washington | October 22, 2013 | Seattle, WA | Lecture | Transportation |
| 15. | Washington State Bar Association | November 8, 2013 | Seattle, WA | Speaker, Antitrust Seminar | Transportation, Lodging and Meals |
| 16. | University of Chicago | November 11-12, 2013 | Chicago, IL | Visiting Jurist | Transportation, Lodging and Meals |
| 17. | American Bar Association | December 2-3, 2013 | Washington, DC | ROLI Training | Transportation, Lodging and Meals |
| 18. | American Society of International Law | December 17-18, 2013 | Washington, DC | Judicial Advisory Meeting | Transporation, Lodging and Meals |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SUNTRUST MORTGAGE, INC./ CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA #2 | A | Interest | L | T | | | | | |
| 2. BOEING | A | Dividend | J | T | | | | | |
| 3. SCHWAB ACCT #4 | | | | | | | | | |
| 4. ---AIM VI TECH FUND | | None | J | T | | | | | |
| 5. ---ALGER LARGE CAP GROWTH | | None | J | T | | | | | |
| 6. ---AMER CENTURY VP INTL | | None | J | T | | | | | |
| 7. ---BARON GROWTH OPPORT FND | | None | K | T | | | | | |
| 8. ---SCHWAB S&P 500 INDEX FUND | | None | K | T | | | | | |
| 9. TULLY'S COFFEE | | None | J | T | | | | | |
| 10. TRUST #1 | | | | | | | | | |
| 11. ---FIDELITY BLUE CHIP | A | Dividend | L | T | | | | | |
| 12. ---FIDELITY DISCOVER FUND | A | Dividend | K | T | | | | | |
| 13. ---FIDELITY GROWTH & INC | A | Dividend | L | T | | | | | |
| 14. 403b #1- FIDELITY INVESTMENTS | | | | | | | | | |
| 15. ---UC SAVINGS FUNDS | A | Dividend | L | T | | | | | |
| 16. ---FIDELITY CONTRA | A | Dividend | N | T | | | | | |
| 17. ---FIDELITY EURO CAP APPREC | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ---FIDELITY SELECT TECH/PURITAN | A | Dividend | K | T | | | | | |
| 19.   --FIDELITY SELECT INDUS EQUIP | | None | J | T | | | | | |
| 20.   --FIDELITY SELECT INDUSTRIALS | | None | K | T | | | | | |
| 21.   --FIDELITY SMALL CAP DISCOVERY | | None | K | T | | | | | |
| 22.   FIDELITY ANNUITY #2 | | | | | | | | | |
| 23.   ---FIDELITY VIP CONTRA | | None | | | Sold | 03/01/13 | J | A | |
| 24.   ---FIDELITY VIP EQUITY INCOME | | None | | | Sold | 03/01/13 | J | A | |
| 25.   NORTHERN TRUST #1 | | | | | | | | | |
| 26.   ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 27.   NORTHERN TRUST #2 | | | | | | | | | |
| 28.   ---NORTHERN TRUST MMF | A | Interest | K | T | | | | | |
| 29.   NORTHERN TRUST #3 | | | | | | | | | |
| 30.   ---NORTHERN TRUST CHK | A | Interest | J | T | | | | | |
| 31.   NORTHERN TRUST #4 | | | | | | | | | |
| 32.   ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 33.   NORTHERN TRUST #5 | | | | | | | | | |
| 34.   ---ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---ABBVIE (ABBV) | A | Dividend | J | T | Spinoff (from line 34) | 01/07/13 | J | | |
| 36. ---AMER EX (AXP) | A | Dividend | J | T | | | | | |
| 37. --AMER WTR WKS (AWK) | A | Dividend | J | T | | | | | |
| 38. ---AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 39. ---APPLE (APPL) | A | Dividend | J | T | | | | | |
| 40. ---AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 41. ---AUTOMATIC DATA PROC (ADP) | A | Dividend | J | T | | | | | |
| 42. ---BHP BILLITON (BHP) | A | Dividend | J | T | | | | | |
| 43. ---BRISTOL MEYERS SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 44. ---CITRIX SYS (CTXS) | | | J | T | | | | | |
| 45. ---CONOCOPHIL (COP) | A | Dividend | J | T | | | | | |
| 46. ---COSTCO (COST) | A | Dividend | J | T | | | | | |
| 47. ---COVIDIEN (COV) | A | Dividend | J | T | | | | | |
| 48. ---CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 49. ---DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 50. ---DOMINION (D) | A | Dividend | J | T | | | | | |
| 51. ---DUPONT (DD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---EATON CORP COM (ETN) | A | Dividend | J | T | | | | | |
| 53. ---EMC CORP (EMC) | A | Dividend | J | T | | | | | |
| 54. ---EXPRESS SCRIPTS HLDG (ESRX) | | None | J | T | | | | | |
| 55. ---FRKLN RES (BEN) | A | Dividend | J | T | | | | | |
| 56. ---GOOGLE (GOOG) | | None | J | T | | | | | |
| 57. ---GRAINGER (GWW) | A | Dividend | J | T | | | | | |
| 58. ---HJ HEINZ (HNZ) | | | | | Open | 06/10/13 | J | | |
| 59. ---HOME DEPOT (HD) | A | Dividend | J | T | | | | | |
| 60. ---INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 61. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 62. ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | | | | | |
| 63. ---MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 64. ---MALLINCKRODT PLC COMMON STOCK (MNK) | | | J | T | Spinoff (from line 47) | 12/24/13 | J | | |
| 65. ---MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Dividend | L | T | | | | | |
| 66. | A | Distribution | | | | | | | |
| 67. ---MFB NORTH FDS MUN MM FD (NOMXX) | A | Dividend | L | T | | | | | |
| 68. ---MFB NORTH FDS MUNI MM FD (NORXX) | | | | | Merged (with line 67) | 01/01/13 | J | | WRONG SYMBOL - S/B NOMXX |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---MFB NORTH FDS CA TAX EXPT (NCATX) | B | Dividend | L | T | | | | | |
| 70. | B | Distribution | | | | | | | |
| 71. ---MFB NORTH HI YIELD FXD INC (NHFIX) | D | Dividend | L | T | | | | | |
| 72. | B | Distribution | | | | | | | |
| 73. ---MFB NORTH STK INDEX (NOSIX) | A | Dividend | K | T | | | | | |
| 74. | A | Distribution | | | | | | | |
| 75. ---MFB NORTH MM GLOBAL RE (NMMGX) | A | Dividend | K | T | | | | | |
| 76. | C | Distribution | | | | | | | |
| 77. ---MFB NORTH INTL EQTY INDEX (NOINX) | B | Dividend | M | T | | | | | |
| 78. ---MFC FLEXSHRS 5 YR (TDTF) | A | Dividend | J | T | | | | | |
| 79. | A | Distribution | | | | | | | |
| 80. ---MFC FLEXSHRS 3 YR (TDTT) | A | Distribution | J | T | | | | | |
| 81. --- | A | Dividend | | | | | | | |
| 82. ---MFC SPDR GOLD TR (GLD) | | | | | Sold | 04/12/13 | K | D | |
| 83. ---MFC ISHARE TR CORE S&P (IJR) | A | Dividend | K | T | | | | | |
| 84. ---MFC SECTOR SPDR BEN INT-HLTH (XLV) | A | Dividend | J | T | | | | | |
| 85. ---MFC SLT SECTOR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---MFC SLT SECTOR SPDR ENERGY (XLE) | A | Dividend | J | T | | | | | |
| 87. ---MFC SLT SECTOR SPDR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 88. ---MFC SLECT SECTOR SPDR TECH (XLK) | A | Dividend | J | T | | | | | |
| 89. ---MFC FLEXSHARES MORNINGSTAR GLOBAL NAT RES FD (GUNR) | A | Dividend | J | T | | | | | |
| 90. --MFC VANGUARD MSCI EMERGING MKTS (VWO) | B | Dividend | K | T | | | | | |
| 91. --MFC SELECT SECTOR SPDR TR CNSMR DIS COM (XLY) | A | Dividend | J | T | | | | | |
| 92. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 93. ---NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 94. ---NOBLE ENERGY INC ((NBL) | A | Dividend | J | T | | | | | |
| 95. ---NORFOLK SOUTH (NSC) | A | Dividend | J | T | | | | | |
| 96. ---NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 97. ---OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 98. ---ORACLE (ORCL) | A | Dividend | J | T | | | | | |
| 99. ---PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 100. ---PRECISION CASTPARTS (PCP) | A | Dividend | J | T | | | | | |
| 101. ---PRINCIPAL FINL GRP (PFG) | A | Dividend | J | T | | | | | |
| 102. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --QUALCOMM (QCOM) | A | Dividend | J | T | | | | | |
| 104. ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 105. ---SLT SECTOR SPDR CONSMR DISCRET (XLY) | | | | | Merged (with line 91) | 01/01/13 | J | | Duplicate - LINE 91 |
| 106. ---SLT SECTOR SPDR TR INDL (XLI) | A | Dividend | J | T | | | | | |
| 107. ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 108. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 109. ---SPDR S&P MIDCAP (MDY) | A | Dividend | J | T | | | | | |
| 110. ---UNITED TECH (UTX) | A | Dividend | J | T | | | | | |
| 111. --VF CORP COM (VFC) | A | Dividend | J | T | | | | | |
| 112. ---WHOLE FOODS MKT (WFM) | A | Dividend | J | T | | | | | |
| 113. NORTHERN TRUST #6 | | | | | | | | | |
| 114. ---ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |
| 115. ---ABBVIE INC COM (ABBV) | A | Dividend | J | T | Spinoff (from line 114) | 01/07/13 | J | | |
| 116. ---AMER EX (AXP) | A | Dividend | J | T | | | | | |
| 117. ---AMER WTR WKS (AWK) | A | Dividend | J | T | | | | | |
| 118. ---AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 119. ---APPLE INC (AAPL) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   ---AUTODESK INC (ADSK) | | None | J | T | | | | | |
| 121.   ---AUTOMATIC DATA PROC (ADP) | A | Dividend | J | T | | | | | |
| 122.   ---BHP BILLITON (BHP) | A | Dividend | J | T | | | | | |
| 123.   --BRISTOL MEYES SQUIBB CO COM (BMY) | A | Dividend | J | T | | | | | |
| 124.   ---CITRIX SYS (CTXS) | | None | J | T | | | | | |
| 125.   ---CONOCOPHILLIPS (COP) | A | Dividend | J | T | | | | | |
| 126.   ---COSTCO WHOLESALE (COST) | A | Dividend | J | T | | | | | |
| 127.   ---COVIDIEN (COV) | A | Dividend | J | T | | | | | |
| 128.   ---CVS CAREMARK (CVS) | A | Dividend | J | T | | | | | |
| 129.   ---DANAHER CORP (DHR) | A | Dividend | K | T | | | | | |
| 130.   ---DOMINION RES (D) | A | Dividend | J | T | | | | | |
| 131.   ---DUPONT (DD) | A | Dividend | J | T | | | | | |
| 132.   --EATON CORP COM (ETN) | A | Dividend | J | T | | | | | |
| 133.   ---EMC CORP (EMC) | A | Dividend | J | T | | | | | |
| 134.   ---EXPRESS SCRIPTS HLDG (ESRX) | | | J | T | | | | | |
| 135.   ---FRNKLN RES (BEN) | A | Dividend | J | T | | | | | |
| 136.   ---GOOGLE (GOOG) | | | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.   ---GRAINGER W W (GWW) | A | Dividend | J | T | | | | | |
| 138.   ---H J HEINZ (HNZ) | A | Dividend | | | Sold | 06/10/13 | J | C | |
| 139.   ---HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 140.   ----ITEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 141.   ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 142.   ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | | | | | |
| 143.   ---MALLINCKDRODT PLC COMMON STOCK (MNK) | | None | J | T | Spinoff (from line 127) | 12/24/13 | J | | |
| 144.   ---MCDONALDS (MCD) | A | Dividend | J | T | | | | | |
| 145.   ---MFB NORTH FDS FX INC (NOFIX) | D | Dividend | M | T | | | | | |
| 146.   ---MFB NORTH FDS FX INC (NOFIX) | A | Distribution | | | | | | | |
| 147.   ---MFB NORTH FDS GLOBAL RE INDEX (NGREX) | B | Dividend | L | T | Buy (add'l) | 6/14/13 | K | | |
| 148.   ---MFB NORTH HI YLD FXD INC (NHFIX) | D | Dividend | M | T | | | | | |
| 149.   ---MFB NORTH HI YLD FXD INC (NHFIX) | A | Distribution | | | | | | | |
| 150.   ---MFB NORTH MONEY MKT FND (NORXX) | A | Dividend | M | T | | | | | |
| 151.   ---MFC FLEXSHARES 3 YR (TDTF) | A | Dividend | K | T | | | | | |
| 152.   ---MFC FLEXSHARES 5 YR (TDTT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. ---MFC FLEXSHARES TR MRNGSTR GLBL (GUNR) UPSTREAM NAT RES INDEX (GUNR) | | None | L | T | Buy | 06/14/13 | L | | |
| 154. ---MFC ISHARES CORE S&P (IJR) | A | Dividend | L | T | | | | | |
| 155. ---MFC ISHARES RUSSELL 1000 (IWD) | A | Dividend | K | T | | | | | |
| 156. ---MFC SCTR SPDR BEN INT-HLTH CARE (XLV) | A | Dividend | J | T | | | | | |
| 157. ---MFC SLCT SCTR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |
| 158. ---MFC SELECT SECT SPDR ENERGY (XLE) | A | Dividend | K | T | | | | | |
| 159. ---MFC SELECT SECT SPDR FINL (XLF) | A | Dividend | K | T | | | | | |
| 160. ---MFC SPDR GOLD TR (GLD) | | | | | Sold | 04/12/13 | L | D | |
| 161. ---MFC SELECT SECTOR SPDR TECH (XLK) | A | Dividend | K | T | | | | | |
| 162. ---MFC SELECT SECTOR CNSMR DISC COM (XLY) | A | Dividend | J | T | | | | | |
| 163. ---MFC VANGUARD EMERG (VWO) | C | Dividend | M | T | | | | | |
| 164. ---MFC VANGUARD ITL EQ (VEU) | D | Dividend | M | T | | | | | |
| 165. ---MFO CREDIT SUISSE COMMODITY RTN (CRSOX) | B | Dividend | | | Sold | 01/01/13 | J | A | |
| 166. ---MFO PIMCO FDS PAC (PCRIX) | A | Dividend | | | Sold | 06/14/13 | K | A | |
| 167. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 168. ---NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169.  ---NOBLE ENERGY (NBL) | A | Dividend | J | T | | | | | |
| 170.  ---NORFOLK SOUTH (NSC) | A | Dividend | J | T | | | | | |
| 171.  ---NUCOR CORP (NUE) | A | Dividend | J | T | | | | | |
| 172.  ---OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 173.  ---ORACLE CORP (ORCL) | A | Dividend | J | T | | | | | |
| 174.  ---PEPSI CO INC (PEP) | A | Dividend | J | T | | | | | |
| 175.  ---PRECISION CASTPARTS (PCP) | A | Dividend | J | T | | | | | |
| 176.  ---PRINCIPAL FIN GRP (PFG) | A | Dividend | J | T | | | | | |
| 177.  ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 178.  ---QUALCOMM INC COM (QCOM) | A | Dividend | J | T | | | | | |
| 179.  ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 180.  ---SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | | | | | |
| 181.  ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 182.  ---SPDR S&P MIDCAP (MDY) | A | Dividend | L | T | | | | | |
| 183.  ---SPECTRA ENERGY (SE) | A | Dividend | J | T | | | | | |
| 184.  ---UNITED TECH CORP (UTX) | A | Dividend | J | T | | | | | |
| 185.  ---VF CORP (VFC) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186.  ---WHOLE FOODS MKT (WFMI) | A | Dividend | J | T | | | | | |
| 187.  NORTHERN TRUST #7 | | | | | | | | | |
| 188.  ---TEMPLETON FOREIGN CL A (TEMFX) | A | Dividend | L | T | Buy (add'l) | 12/24/13 | J | | |
| 189.  ---TEMPLETON FOREIGN CL A (TEMFX) | B | Distribution | | | Sold (part) | 01/28/13 | J | A | |
| 190.  NORTHERN TRUST #8 | | | | | | | | | |
| 191.  ---AMERICAN BALANCED CL A (ABALX) | A | Dividend | L | T | Buy (add'l) | 3/18/13 | J | | |
| 192. | | | | | Buy (add'l) | 06/13/13 | J | | |
| 193. | | | | | Buy (add'l) | 6/14/13 | J | | |
| 194. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 195. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 196. | | | | | Sold (part) | 01/28/13 | J | A | |
| 197.  NORTHERN TRUST #9 | A | Dividend | J | T | | | | | |
| 198.  NORTHERN TRUST #10 | A | Dividend | K | T | | | | | |
| 199.  CONDO(50%) SAN FRANCISCO CA | E | Rent | O | W | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 07/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. McKeown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544